1

2

3

4           IN THE UNITED STATES DISTRICT COURT

5          FOR THE NORTHERN DISTRICT OF CALIFORNIA

6

7

8    LUTHER E. JONES, JR.,               No. C-12-3664 TEH (PR)

9              Plaintiff,

10         v.                            ORDER OF TRANSFER

11   CALIFORNIA MEDICAL FACILITY --
     CUSTODY STAFF; THIRD FLOOR
12   MEDICAL DEPARTMENT, PSYCH
     DEPARTMENT, R & R STAFF,
13
              Defendants.
14   _____/

15

16         Plaintiff Luther E. Jones, Jr., a state inmate who is

17   presently housed at Corcoran State Prison in Corcoran, California or

18   Solano State Prison in Vacaville, California,[1] has filed a pro se

19   Complaint under 42 U.S.C. § 1983 alleging violations of his

20   constitutional rights by the staff at California Medical Facility

21   (CMF) in Vacaville, California, where he was formally housed.

22   Specifically, Plaintiff alleges that he was adversely transferred

23   from CMF to Solano State Prison where he does not receive the

24   medical treatment that he was receiving at CMF.  Doc. #1.

25         A substantial part of the events or omissions giving rise

26   _____

27         [1]The caption of Plaintiff's complaint indicates that he is in
     Corcoran State Prison; the last page of his complaint indicates that
28   he is in Solano State Prison.

1  to Plaintiff's claims occurred in Solano County, which lies within

2  the venue of the Eastern District of California.  See 28 U.S.C.

3  § 84(b).  Venue therefore properly lies in the Eastern District.

4  See 28 U.S.C. § 1391(b).

5          Accordingly, in the interest of justice and pursuant to 28

6  U.S.C. § 1406(a), this action is transferred to the United States

7  District Court for the Eastern District of California.

8          The Clerk shall transfer this matter, terminate all

9  pending motions as moot and close the file.  The Clerk shall mail

10 this order to Plaintiff at the addresses he gives for Solano State

11 Prison and Corcoran State Prison.

12

13          IT IS SO ORDERED.

14

15 DATED     09/11/2012     _____

16                          THELTON E. HENDERSON
                            United States District Judge

17

18

19

20

21

22

23

24

25

26 G:\PRO-SE\TEH\CR.12\Jones v CMF 12-3664-CRTRANS.wpd

27

28                              2